# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

THERESA EVANS,

        Plaintiff,

   v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

        Defendant.

Case No. 3:23-cv-00276-RRB

## ORDER REGARDING SOCIAL SECURITY COMPLAINT

Plaintiff, through counsel, has filed a Social Security Complaint seeking judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g), and an Application to Waive the Filing Fee under 28 U.S.C. § 1915, showing that she is currently unable to pay the filing fee in this case.[1]

**Therefore, IT IS HEREBY ORDERED**:

1. Plaintiff's Application to Waive the Filing Fee, at Docket 3 is GRANTED.

2. Pursuant to Rule 3, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Clerk of Court shall notify the Commissioner of the commencement of this action by transmitting a Notice of Electronic Filing to the Regional Chief Counsel, Office of the General Counsel, Region X, 701 Fifth Avenue, Suite 2900 M/S 901, Seattle, Washington 98104-7075 and the United

---

[1] Dockets 1, 3

States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513.[2]

3. Defendant shall have sixty (60) days after receipt of the notice of the action to answer as provided by Rule 4, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

4. The parties must file and serve briefs as provided by Rules 5 through 8, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

5. The Clerk of Court is directed to refund the $250.00 pro hac vice admission fee paid by attorney Christopher H. Dellert pursuant to L.Civ.R.83.1(e)(3). The clerk shall refund the credit card payment to Christopher H. Dellert at Dellert Baird Law Offices, PLLC, P.O. Box 429, Spanaway, WA 98387.[3]

DATED at Anchorage, Alaska this 28th day of December, 2023.

                                            */s/ Ralph R. Beistline*
                                            United States District Judge

---

[2] If the Complaint was not filed electronically, the court must notify the plaintiff of the transmission.

[3] Docket 4